RICHARDSON and others v. MURRILL and others.

Trespass *quare clausum fregit*. Plea, that the close, &c. was the freehold of the United States, and not the freehold of plaintiff. Held: that the plea was bad, as possession, without title, is sufficient to maintain this action against a wrong doer.

Error to the Washington County Circuit Court.

COLE for Defendant in Error.

BRICKEY for Plaintiff in Error.

*Opinion of the Court, delivered by Napton, Judge.*

This was an action of trespass, *quare clausum fregit*, brought by the plaintiffs in error, against the defendants. Defendants pleaded not guilty, and a special plea, alleging that the close, upon which the supposed trespasses were committed, was not the freehold of plaintiffs, but the freehold of the United States. Plaintiffs demurred to this last plea, but the court overruled the demurrer, and gave judgment for defendants, the plea of not guilty, having been previously withdrawn; from this judgment plaintiffs appealed.

As possession, without title, is sufficient to maintain an action of trespass against a wrong doer, the plea of property in the United States was bad.

Judgment reversed, and case remanded.

maintain this action against a wrong doer.

*(margin note:)* Trespass *quare clausum fregit*. Plea, that the close, &c. was the freehold of the United States, and not the freehold of plaintiff. Held: that the plea was bad, as possession, without title, is sufficient to